Thomas J. Polis, Esq. - SBN 119326
**POLIS & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
19800 MacArthur Boulevard, Suite 1000
Irvine, California 92612-2433
Telephone: (949) 862-0040
Facsimile: (949) 862-0041
E-Mail: tom@polis-law.com

Counsel for Creditor,
Multibank 2009-1 RES-ADC Venture, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| **In re**<br><br>**CDR-V, LLC,**<br><br>**Debtor.** | **Case No. 2:10-bk-64829-VZ**<br><br>**Chapter 11**<br><br>**CREDITOR MULTIBANK 2009-1 RES-ADC VENTURE, LLC'S COMMENTS PURSUANT TO COURT'S ORDER DATED JANUARY 3, 2011 RE: STATUS CONFERENCE**<br><br>**Hearing:**<br>**Date: February 3, 2011**<br>**Time: 9:30 a.m.**<br>**Place: Ctrm 1368**<br>**Roybal Fed. Bldg. & Courthouse**<br>**255 E. Temple Street**<br>**Los Angeles, California 90012** |

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE, LOS ANGELES DIVISION; AND ALL OTHER PARTIES ENTITLED NOTICE:**

Creditor Multibank 2009-1 RES-ADC Venture, LLC ("Multibank") through its counsel, Thomas J. Polis, Esq. of Polis & Associates, a Professional Law Corporation, hereby submits the following *Creditor Multibank's Comments Pursuant to Court's Order Dated January 3, 2011*. Multibank's counsel has written correspondence to Debtor's counsel (with no response), left telephone messages, (also with no response) concerning the issues of cash collateral. Specifically, pursuant to Section 363(c)(2) of the Bankruptcy Code expressly prohibits a debtor's use of cash collateral unless a Court approved stipulation has been entered or an order has been entered allowing use of cash collateral. In this case, the Debtor is collecting

gross monthly rents of approximately $7,500.00, yet such rents are neither being accounted for nor used with either creditor (Multibank) or Court approval. Moreover, CDR-V, LLC has scheduled Stay Relief Motions for February 22, 2011, which if granted will address all the assets in the Debtor's bankruptcy estate. Multibank's counsel, Thomas J. Polis, will be in attendance at the above-captioned hearing in the event the Court has any questions or needs clarification of the information provided herein.

**DATED: JANUARY 25, 2011**

**POLIS & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**

**By: /s/ Thomas J. Polis**
**Thomas J. Polis, Esq.**
**Counsel for Multibank 2009-1 RES-ADC Venture, LLC**

| In re: CDR-V, LLC, Debtor(s). | CHAPTER 11<br>Case No.: 2:10-bk-64829-VZ |
| --- | --- |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**POLIS & ASSOCIATES**
**A Professional Law Corporation**
**19800 MacArthur Boulevard, Suite 1000**
**Irvine, California 92612-2433**

A true and correct copy of the foregoing document described **CREDITOR MULTIBANK 2009-1 RES-ADC VENTURE, LLC'S COMMENTS PURSUANT TO COURT'S ORDER DATES JANUARY 3, 2011 RE: STATUS CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 25, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Office of the United States Trustee, Los Angeles Division - ustpregion16.la.ecf@usdoj.gov
- Dare Law, Esq. - dare.law@usdoj.gov
- Gary L. Harre, Esq. - ghcmecf@gmail.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **January 25, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**VIA U.S. MAIL**

- Honorable Vincent P. Zurzolo, United States Bankruptcy Court, for the Central District of California, 255 E. Temple Street, Suite 1360, Los Angeles, California 90012
- CDR-V, LLC, 2010 W. Avenue K, Suite 531, Lancaster, California 93536

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 25, 2011 | Cristina L. Allen | /s/ Cristina L. Allen |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |