FILED & ENTERED

FEB 08 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza DEPUTY CLERK

CHANGES MADE BY COURT

PETER C. ANDERSON
UNITED STATES TRUSTEE
Dare Law, SBN 155714
Trial Attorney
Office of the United States Trustee
725 S. Figueroa Street, Suite 2600
Los Angeles, CA 90017
Tel: (213) 894-4925
Fax: (213) 894-2603
e-mail: dare.law@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

In re:

**CDR-V LLC**

        Debtor.

Case No.: 2:10-bk-64829 VZ

Chapter 11

ORDER DISMISSING BANKRUPTCY CASE AFTER COURT'S CHAPTER 11 STATUS CONFERENCE

Date: February 03, 2011
Time: 9:30 a.m.
Ctrm: 1368
     Roybal Federal Building
     255 E. Temple Street
     Los Angeles, CA 90012

    The Court's Status Conference was heard on the date and time indicated above with appearances as noted on the record. The Court having considered the Debtor's record in this case and for the reasons set forth on the record, it is hereby

    ORDERED THAT the case is dismissed and it is

///

///

///

///

///

1

1 ///
2 ///
3 ///

FURTHER ORDERED the United States Trustee is granted a judgment in the amount of $650.00 for United States Trustee quarterly fees.  Quarterly fees continue to accrue until an order is entered and are assessed interest pursuant to 31 U.S.C. §3717 if not paid timely, and it is

FURTHER ORDERED THAT in accordance with 11 U.S.C. §349, the Debtor is prohibited from filing any new chapter 11 bankruptcy petition unless Debtor first obtains a further order of this Court by the filing of a motion, set on regular notice, which motion must be supported by admissible evidence showing that Debtor has the ability to fully comply with its duties as a debtor in possession and showing Debtor has a reasonable ability to confirm a plan of reorganization.   Debtor must also provide evidence that the remedy it seeks in bankruptcy cannot be obtained outside of bankruptcy.

# # #

DATED: February 8, 2011

_____
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 725 South Figueroa Street, Suite 2600, Los Angeles, CA 90017

The foregoing document ORDER DISMISS CASE ON THE COURT'S STATUS will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below: NONE

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   02/04/11   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

<u>Debtor</u>
CDR-V, LLC
2010 W Ave K Ste 531
Lancaster, CA 93536

<u>Attorney for Debtor</u>
Gary L Harre
Global Capital Law PC
17111 Beach Blvd Ste 100
Huntington Beach, CA 92647

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  02/04/11   I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**Personal Delivery:**
The Honorable Vincent P. Zurzolo, U.S. Bankruptcy Judge
U.S. Bankruptcy Court, Roybal Federal Building
255 E. Temple Street, Suite 1368  Drop Bin
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 02/04/11 | Stephanie Hill | /s/ Stephanie Hill |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**In re CDR-V LLC**
Ch. 11 Case No. 2:10-bk-64829 VZ

### NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER DISMISS CASE ON THE COURT'S STATUS was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ___02/04/11___, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

**SERVICE LIST FOR ENTERED ORDER**

| **SERVED ELECTRONICALLY** | **SERVED BY U.S. MAIL** |
|---|---|
| • Gary L Harre    ghcmecf@gmail.com<br><br>• Dare Law    dare.law@usdoj.gov<br><br>• Thomas J Polis    tom@polis-law.com<br><br>• United States Trustee (LA)<br>  ustpregion16.la.ecf@usdoj.gov | <u>Debtor</u><br>CDR-V, LLC<br>2010 W Ave K Ste 531<br>Lancaster, CA 93536 |